**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KEILA PALAMAR,                 :    No. 519 MAL 2023

           Petitioner           :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

        v.                          :

                                   :

JASON PALAMAR,            :

                                   :

           Respondent        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.